**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

THOMAS AMSINGER,                    )
                                    )
                Plaintiff,          )
                                    )
        v.                          )          No. 4:13CV281 SPM
                                    )
INTERNAL REVENUE SERVICE,           )
                                    )
                Defendant.          )

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis.  Upon

review of the financial affidavit, the Court has determined that plaintiff is unable to pay the filing

fee.  See 28 U.S.C. § 1915.  Consequently, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [#2] is

**GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue

on the complaint.

Dated this __19th__ day of April, 2013.


                                    /s/Shirley Padmore Mensah
                                    SHIRLEY PADMORE MENSAH
                                    UNITED STATES MAGISTRATE JUDGE